# EXHIBIT N

## Schedule A
## ASSIGNMENT OF PATENTS

This Assignment of Patents ("*Assignment*") is made and entered into on this 26 day of October 2006, by and between: H. Vincent Monslow, J. Bret Armatas and Sue A. Dickey, individuals, c/o J. Bret Armatas, Alvarado Mfg. Company, 12660 Colony Street, Chino, CA 91710 ("*Assignor*"); and Concert Technology Corporation, a Delaware company, with a principal place of business at 2530 Meridian Parkway, Suite 300, Durham, NC 27713 ("*Assignee*").

WHEREAS, Assignor and Assignee have agreed to cause Assignor to assign and transfer to Assignee all of Assignor's respective right, title and interest in and to the patents identified herein.

NOW, THEREFORE, in consideration of the sum of ten dollars (US$10.00), the mutual agreements of the parties set forth herein, and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the parties, intending to be legally bound, and upon the terms set forth herein, agree as follows:

Assignor does hereby irrevocably assign, sell, transfer and set over to Assignee, its successors and assigns, its entire right, title and interest in, to and under the patents and patent applications set forth on **Attachment A** attached hereto, including all rights pursuant to 35 U.S.C. § 154, any and all letters patents issuing from continuing, counterparts, divisional and continuation-in-part applications, substitutions, reissues, extensions, renewals and reexaminations thereof, any foreign counterparts thereof, and any existing licenses that may be associated with the patents and patent applications between Assignor and affiliated and non-affiliated third parties (collectively, the "*Assigned Patents*") throughout the world, including any and all causes of action and rights to damages and profits, due or accrued, relating to the foregoing, including the right to sue and recover for, and the right to profits and damages due or accrued arising out of or in connection with any and all past, present or future infringements or dilutions. The assignment of the Assigned Patents includes all documents related to the conception, diligence and reduction to practice of the inventions disclosed therein and all domestic and international patent filing documents.

IN WITNESS WHEREOF, the parties have caused this Patent Assignment Agreement to be executed by their duly authorized representatives on the date(s) set forth below:

ASSIGNOR:

_____
H. Vincent Monslow

_____
J. Bret Armatas

_____
Sue A. Dickey

On this 31 day of July, 2006 before me, a Notary Public, appeared Herbert V. Monslow, who is personally known to me to be the same person whose name is subscribed to the foregoing assignment document, and is known to me as a person authorized to sign singly on behalf of the ASSIGNOR; and acknowledged that he signed and delivered the document as his free and voluntary act for the uses and purposes therein set forth.

Witness my hand and official seal:    _Nancy J. Davis_
                                      Notary Public

On this ____ day of _____, 200_, before me, a Notary Public, appeared _____, who is personally known to me to be the same person whose name is subscribed to the foregoing assignment document, and is known to me as a person authorized to sign singly on behalf of the ASSIGNOR; and acknowledged that he signed and delivered the document as his free and voluntary act for the uses and purposes therein set forth.

Witness my hand and official seal:    _____
                                      Notary Public

On this ____ day of _____, 200_, before me, a Notary Public, appeared _____, who is personally known to me to be the same person whose name is subscribed to the foregoing assignment document, and is known to me as a person authorized to sign singly on behalf of the ASSIGNOR; and acknowledged that he signed and delivered the document as his free and voluntary act for the uses and purposes therein set forth.

*Witness my hand and official seal:*   _____
                                                Notary Public

Executed and accepted by:    **ASSIGNEE**

_Signature_
Name: HUGH B. SVENDSEN
Title: CEO

On this 20TH day of NOVEMBER, 2006, before me, a Notary Public, appeared HUGH B. SVENDSEN, who is personally known to me to be the same person whose name is subscribed to the foregoing assignment document, and is know to me as a person authorized to sign singly on behalf of ASSIGNEE, and acknowledged that he signed and delivered the document as his free and voluntary act for the uses and purposes therein set forth.

*Witness my hand and official seal:*   Eugene M. Farrelly
                                                Notary Public

[Notary seal: Eugene M. Farrelly, Notary Public, Wake County]

My Commission Expires 4-10-2010

**PATENT**
REEL: 018668 FRAME: 0496

## ATTACHMENT A

| Jurisdiction | Title | Appl. Number | Filing Date | Issue No. | Issue Date |
|---|---|---|---|---|---|
| US | Television broadcast system for selective transmission of viewer-chosen programs at viewer-requested times | 07/204,585 | 6/9/1988 | 4,890,320 | 12/26/1989 |
| US | Television broadcast system for selective transmission of viewer-chosen programs at viewer-requested times | 07/419,263 | 10/10/1989 | 4,995,078 | 2/19/1991 |
| WO | Television broadcast system for selective transmission of viewer-chosen programs at viewer-requested times | 1989US0002507 | 6/8/1989 | 8912370A1 | 12/14/1989 |
| JP | | 1989000507122 | 6/8/1989 | 03505956T2 | 12/19/1991 |
| EP | Television broadcast system for selective transmission of viewer-chosen programs at viewer-requested times | 1989000907549 | 6/8/1989 | 0422074A4 | 7/8/1992 |
| EP | Television broadcast system for selective transmission of viewer-chosen programs at viewer-requested times | 1989000907549 | 6/8/1989 | 0422074A1 | 4/17/1991 |
| CA | Television broadcast system for selective transmission of viewer-chosen programs at viewer-requested times | 1989000602100 | 6/8/1989 | 1332634A1 | 10/18/1994 |
| AU | Television broadcast system for selective transmission of viewer-chosen programs at viewer-requested times | 1989000038481 | 6/8/1989 | 3848189A1 | 1/5/1990 |
| AU | Television broadcast system for selective transmission of viewer-chosen programs at viewer-requested times | 1989000038481 | 6/8/1989 | 0636848B2 | 5/13/1993 |

## Schedule A
## ASSIGNMENT OF PATENTS

This Assignment of Patents ("*Assignment*") is made and entered into on this 26 day of October 2006, by and between: H. Vincent Monslow, J. Bret Armatas and Sue A. Dickey, individuals, c/o J. Bret Armatas, Alvarado Mfg. Company, 12660 Colony Street, Chino, CA 91710 ("*Assignor*"); and  Concert Technology Corporation , a Delaware company, with a principal place of business at 2530 Meridian Parkway, Suite 300, Durham, NC 27713 ("*Assignee*").

WHEREAS, Assignor and Assignee have agreed to cause Assignor to assign and transfer to Assignee all of Assignor's respective right, title and interest in and to the patents identified herein.

NOW, THEREFORE, in consideration of the sum of ten dollars (US$10.00), the mutual agreements of the parties set forth herein, and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the parties, intending to be legally bound, and upon the terms set forth herein, agree as follows:

Assignor does hereby irrevocably assign, sell, transfer and set over to Assignee, its successors and assigns, its entire right, title and interest in, to and under the patents and patent applications set forth on **Attachment A** attached hereto, including all rights pursuant to 35 U.S.C. § 154, any and all letters patents issuing from continuing, counterparts, divisional and continuation-in-part applications, substitutions, reissues, extensions, renewals and reexaminations thereof, any foreign counterparts thereof, and any existing licenses that may be associated with the patents and patent applications between Assignor and affiliated and non-affiliated third parties (collectively, the "*Assigned Patents*") throughout the world, including any and all causes of action and rights to damages and profits, due or accrued, relating to the foregoing, including the right to sue and recover for, and the right to profits and damages due or accrued arising out of or in connection with any and all past, present or future infringements or dilutions. The assignment of the Assigned Patents includes all documents related to the conception, diligence and reduction to practice of the inventions disclosed therein and all domestic and international patent filing documents.

IN WITNESS WHEREOF, the parties have caused this Patent Assignment Agreement to be executed by their duly authorized representatives on the date(s) set forth below:

ASSIGNOR:

_____
H. Vincent Monslow

_____
J. Bret Armatas

_____
Sue A. Dickey

On this 31st day of July, 2006, before me, a Notary Public, appeared Bret Armatas, who is personally known to me to be the same person whose name is subscribed to the foregoing assignment document, and is known to me as a person authorized to sign singly on behalf of the ASSIGNOR; and acknowledged that he signed and delivered the document as his free and voluntary act for the uses and purposes therein set forth.

*Witness my hand and official seal:*  _Consuelo L. Davis_
                                        Notary Public

[Notary seal: CONSUELO L. DAVIS, Comm. # 1562098, NOTARY PUBLIC - CALIFORNIA, San Bernardino County, My Comm. expires March 21, 2009]

On this ____ day of _____, 200_, before me, a Notary Public, appeared _____, who is personally known to me to be the same person whose name is subscribed to the foregoing assignment document, and is known to me as a person authorized to sign singly on behalf of the ASSIGNOR; and acknowledged that he signed and delivered the document as his free and voluntary act for the uses and purposes therein set forth.

*Witness my hand and official seal:*  _____
                                        Notary Public

On this ____ day of _____, 200_, before me, a Notary Public, appeared _____, who is personally known to me to be the same person whose name is subscribed to the foregoing assignment document, and is known to me as a person authorized to sign singly on behalf of the ASSIGNOR; and acknowledged that he signed and delivered the document as his free and voluntary act for the uses and purposes therein set forth.

*Witness my hand and official seal:*    _____
                                        Notary Public

Executed and accepted by:        **ASSIGNEE**
                                 _/s/ Hugh B. Svendsen_
                                 Name: HUGH B. SVENDSEN
                                 Title: CEO

On this 20TH day of NOVEMBER, 2006, before me, a Notary Public, appeared HUGH B. SVENDSEN who is personally known to me to be the same person whose name is subscribed to the foregoing assignment document, and is know to me as a person authorized to sign singly on behalf of ASSIGNEE, and acknowledged that he signed and delivered the document as his free and voluntary act for the uses and purposes therein set forth.

*Witness my hand and official seal:*   _Eugene M Farrelly_
                                       Notary Public

[Notary Seal: EUGENE M. FARRELLY, NOTARY PUBLIC, WAKE COUNTY, N.C.]
Eugene M Farrelly 20 NOV 2006

My Commission Expires 8-13-2009

**PATENT**
REEL: 018668 FRAME: 0499

## ATTACHMENT A

| Jurisdiction | Title | Appl. Number | Filing Date | Issue No. | Issue Date |
|---|---|---|---|---|---|
| US | Television broadcast system for selective transmission of viewer-chosen programs at viewer-requested times | 07/204,585 | 6/9/1988 | 4,890,320 | 12/26/1989 |
| US | Television broadcast system for selective transmission of viewer-chosen programs at viewer-requested times | 07/419,263 | 10/10/1989 | 4,995,078 | 2/19/1991 |
| WO | Television broadcast system for selective transmission of viewer-chosen programs at viewer-requested times | 1989US0002507 | 6/8/1989 | 8912370A1 | 12/14/1989 |
| JP | | 1989000507122 | 6/8/1989 | 03505956T2 | 12/19/1991 |
| EP | Television broadcast system for selective transmission of viewer-chosen programs at viewer-requested times | 1989000907549 | 6/8/1989 | 0422074A4 | 7/8/1992 |
| EP | Television broadcast system for selective transmission of viewer-chosen programs at viewer-requested times | 1989000907549 | 6/8/1989 | 0422074A1 | 4/17/1991 |
| CA | Television broadcast system for selective transmission of viewer-chosen programs at viewer-requested times | 1989000602100 | 6/8/1989 | 1332634A1 | 10/18/1994 |
| AU | Television broadcast system for selective transmission of viewer-chosen programs at viewer-requested times | 1989000038481 | 6/8/1989 | 3848189A1 | 1/5/1990 |
| AU | Television broadcast system for selective transmission of viewer-chosen programs at viewer-requested times | 1989000038481 | 6/8/1989 | 0636848B2 | 5/13/1993 |

## Schedule A
## ASSIGNMENT OF PATENTS

This Assignment of Patents ("*Assignment*") is made and entered into on this 26 day of October 2006, by and between: H. Vincent Monslow, J. Bret Armatas and Sue A. Dickey, individuals, c/o J. Bret Armatas, Alvarado Mfg. Company, 12660 Colony Street, Chino, CA 91710 ("*Assignor*"); and Concert Technology Corporation, a Delaware company, with a principal place of business at 2530 Meridian Parkway, Suite 300, Durham, NC 27713 ("*Assignee*").

WHEREAS, Assignor and Assignee have agreed to cause Assignor to assign and transfer to Assignee all of Assignor's respective right, title and interest in and to the patents identified herein.

NOW, THEREFORE, in consideration of the sum of ten dollars (US$10.00), the mutual agreements of the parties set forth herein, and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the parties, intending to be legally bound, and upon the terms set forth herein, agree as follows:

Assignor does hereby irrevocably assign, sell, transfer and set over to Assignee, its successors and assigns, its entire right, title and interest in, to and under the patents and patent applications set forth on **Attachment A** attached hereto, including all rights pursuant to 35 U.S.C. § 154, any and all letters patents issuing from continuing, counterparts, divisional and continuation-in-part applications, substitutions, reissues, extensions, renewals and reexaminations thereof, any foreign counterparts thereof, and any existing licenses that may be associated with the patents and patent applications between Assignor and affiliated and non-affiliated third parties (collectively, the "*Assigned Patents*") throughout the world, including any and all causes of action and rights to damages and profits, due or accrued, relating to the foregoing, including the right to sue and recover for, and the right to profits and damages due or accrued arising out of or in connection with any and all past, present or future infringements or dilutions. The assignment of the Assigned Patents includes all documents related to the conception, diligence and reduction to practice of the inventions disclosed therein and all domestic and international patent filing documents.

IN WITNESS WHEREOF, the parties have caused this Patent Assignment Agreement to be executed by their duly authorized representatives on the date(s) set forth below:

**ASSIGNOR:**

_____
H. Vincent Monslow

_____
J. Bret Armatas

*[signature]*
Sue A. Dickey

On this ____ day of _____, 200_, before me, a Notary Public, appeared _____, who is personally known to me to be the same person whose name is subscribed to the foregoing assignment document, and is known to me as a person authorized to sign singly on behalf of the ASSIGNOR; and acknowledged that he signed and delivered the document as his free and voluntary act for the uses and purposes therein set forth.

*Witness my hand and official seal:*   _____
                                        Notary Public

On this ____ day of _____, 200_, before me, a Notary Public, appeared _____, who is personally known to me to be the same person whose name is subscribed to the foregoing assignment document, and is known to me as a person authorized to sign singly on behalf of the ASSIGNOR; and acknowledged that he signed and delivered the document as his free and voluntary act for the uses and purposes therein set forth.

*Witness my hand and official seal:*   _____
                                        Notary Public

On this 31st day of July, 2006 before me, a Notary Public, appeared Sue A. Dick who is personally known to me to be the same person whose name is subscribed to the foregoing assignment document, and is known to me as a person authorized to sign singly on behalf of the ASSIGNOR; and acknowledged that he signed and delivered the document as his free and voluntary act for the uses and purposes therein set forth.

Witness my hand and official seal: _Tammi McIlvain_
Notary Public

NOTARY PUBLIC | TAMMI L. McILVAIN
STATE OF KANSAS | My Appt. Exp. 11/20/08

Executed and accepted by:

ASSIGNEE
_signature_
Name: HUGH B. SVENDSEN
Title: CEO

On this 20TH day of November, 2006 before me, a Notary Public, appeared HUGH B. SVENDSEN, who is personally known to me to be the same person whose name is subscribed to the foregoing assignment document, and is know to me as a person authorized to sign singly on behalf of ASSIGNEE, and acknowledged that he signed and delivered the document as his free and voluntary act for the uses and purposes therein set forth.

Witness my hand and official seal: _Eugene M Farrelly_
Notary Public

[Notary seal: EUGENE M. FARRELLY, NOTARY PUBLIC, WAKE COUNTY, N.C.]

My Commission Expires 9-13-2008.

**PATENT**
**REEL: 018668 FRAME: 0502**

## ATTACHMENT A

| Jurisdiction | Title | Appl. Number | Filing Date | Issue No. | Issue Date |
|---|---|---|---|---|---|
| US | Television broadcast system for selective transmission of viewer-chosen programs at viewer-requested times | 07/204,585 | 6/9/1988 | 4,890,320 | 12/26/1989 |
| US | Television broadcast system for selective transmission of viewer-chosen programs at viewer-requested times | 07/419,263 | 10/10/1989 | 4,995,078 | 2/19/1991 |
| WO | Television broadcast system for selective transmission of viewer-chosen programs at viewer-requested times | 1989US0002507 | 6/8/1989 | 8912370A1 | 12/14/1989 |
| JP |  | 1989000507122 | 6/8/1989 | 03505956T2 | 12/19/1991 |
| EP | Television broadcast system for selective transmission of viewer-chosen programs at viewer-requested times | 1989000907549 | 6/8/1989 | 0422074A4 | 7/8/1992 |
| EP | Television broadcast system for selective transmission of viewer-chosen programs at viewer-requested times | 1989000907549 | 6/8/1989 | 0422074A1 | 4/17/1991 |
| CA | Television broadcast system for selective transmission of viewer-chosen programs at viewer-requested times | 1989000602100 | 6/8/1989 | 1332634A1 | 10/18/1994 |
| AU | Television broadcast system for selective transmission of viewer-chosen programs at viewer-requested times | 1989000038481 | 6/8/1989 | 3848189A1 | 1/5/1990 |
| AU | Television broadcast system for selective transmission of viewer-chosen programs at viewer-requested times | 1989000038481 | 6/8/1989 | 0636848B2 | 5/13/1993 |