# EXHIBIT O

### Exhibit A

### ASSIGNMENT OF PATENT RIGHTS

For good and valuable consideration, the receipt of which is hereby acknowledged, Concert Technology Corporation, a Delaware corporation, having a principal place of business at 7011 Fayetteville Road, Suite 210, Durham, NC 27713 (*"Assignor"*), does hereby sell, assign, transfer, and convey unto VTran Media Technologies, LLC, Texas (*"Assignee"*), or its designees, all right, title, and interest that exist today and may exist in the future in and to any and all of the following (collectively, the *"Patent Rights"*):

(a) United States Patent Nos. 4,890,320 and 4,995,078 (the *"Patents"*);

(b) all patents and patent applications (i) to which any of the Patents directly or indirectly claims priority, and (ii) for which any of the Patents directly or indirectly forms a basis for priority;

(c) all reissues, reexaminations, extensions, continuations, continuations in part, continuing prosecution applications, requests for continuing examinations, divisions, registrations of any item in any of the foregoing categories (a) and (b);

(d) all foreign counterpart patents and foreign counterpart patent applications, that are related to any item in any of the foregoing categories (a) through (c), including, without limitation, certificates of invention, utility models, industrial design protection, design patent protection, and other governmental grants or issuances;

(e) to the extent they exist, all causes of action (whether known or unknown or whether currently pending, filed, or otherwise) and other enforcement rights under, or on account of, any of the Patents and/or any item in any of the foregoing categories (b) through (d), including, without limitation, all causes of action and other enforcement rights for

    (i) damages,
    (ii) injunctive relief, and
    (iii) any other remedies of any kind for past, current, and future infringement;
and
    (iv) all rights to collect royalties and other payments under or on account of any of the Patents and/or any item in any of the foregoing categories (b) through (d).

Assignor represents, warrants and covenants that:

(1) Assignor has the full power and authority, and has obtained all third party consents, approvals and/or other authorizations required to enter into this Agreement and to carry out its obligations hereunder, including the assignment of the Patent Rights to Assignee; and

(2) Assignor owns, and by this document assigns to Assignee, all right, title, and interest to the Patent Rights, including, without limitation, all right, title, and interest to sue for infringement of the Patent Rights. The Patent Rights are free and clear of all liens, claims, mortgages, security interests or other encumbrances, and restrictions. There are no actions, suits,

investigations, claims or proceedings threatened, pending or in progress relating in any way to the Patent Rights. There are no existing contracts, agreements, options, commitments, proposals, bids, offers, or rights with, to, or in any person to acquire any of the Patent Rights.

Assignor hereby authorizes the respective patent office or governmental agency in each jurisdiction to issue any and all patents, certificates of invention, utility models or other governmental grants or issuances that may be granted upon any of the Patent Rights in the name of Assignee, as the assignee to the entire interest therein.

The terms and conditions of this Assignment of Patent Rights will inure to the benefit of Assignee, its successors, assigns, and other legal representatives and will be binding upon Assignor, its successors, assigns, and other legal representatives.

IN WITNESS WHEREOF this Assignment of Patent Rights is executed at ____ on October 9, 2007 . ASSIGNOR:

**CONCERT**

By: _____
Name: Hugh B. Svendsen
Title: CEO
(Signature MUST be notarized)

STATE OF North Carolina )
                        ) ss.
COUNTY OF Durham       )

On Oct. 9, 2007, before me, Jennifer McKendry, Notary Public in and for said State, personally appeared Hugh B. Svendsen personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her authorized capacity, and that by his/her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

WITNESS my hand and official seal.

Signature _____                                (Seal)

> JENNIFER MCKENDRY
> Notary Public
> Wake County
> State of North Carolina
> My Commission Expires Feb 27, 2011

A-2